UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN A. JONES,<br><br>       Plaintiff,<br><br> -against-<br><br>NEW YORK CITY; HASA STEVEN, ET AL,<br><br>       Defendants. | 22-CV-4205(LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the October 3, 2022, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: October 3, 2022
    New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
               Chief United States District Judge